UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAYVON RUTHERFORD.,
          Plaintiff,

v.                                    **ORDER**

CAPTAIN CHRIS THOMALEN,        18 CV 12049 (VB)

          Defendant.
--------------------------------------------------------------x

      Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint on December 20, 2018. (Doc. #2). At that time, plaintiff was incarcerated at the Westchester County Jail. (See Doc. #7).

      On April 3, 2019, the Clerk docketed plaintiff's first notice of change of address. (Doc. #21). The notice, dated March 28, 2019, listed plaintiff's new address at the Suffolk County Correctional Facility. (Id.).

      On May 15, 2019, the Clerk docketed plaintiff's second notice of change of address. (Doc. #31). The notice, dated May 11, 2019, listed plaintiff's new address at Ulster Correctional Facility. (Id.).

      On August 23, 2019, the Clerk docketed plaintiff's third notice of change of address. (Doc. #56). The notice, dated August 23, 2019, listed plaintiff's new address as 25 Operations Drive, Valhalla, NY 10595. (Id.).

      By letter dated October 23, 2019, plaintiff stated he was recently incarcerated and noted his new address at Westchester County Jail. (Doc. #69).

      On December 20, 2019, the Clerk docketed plaintiff's fifth notice of change of address. (Doc. #78). The notice, dated December 14, 2019, listed plaintiff's new address at Downstate Correctional Facility. (Id.).

      On February 10, 2020, the Clerk docketed plaintiff's sixth notice of change of address. (Doc. #84). The notice, dated February 5, 2020, listed plaintiff's new address at Altona Correctional Facility. (Id.).

      By letter dated March 18, 2020, plaintiff informed the Court that he was recently arrested on a parole violation and listed his new address at Dutchess County Jail. (Doc. #89).

      On April 29, 2020, the Clerk docketed plaintiff's eighth notice of change of address. (Doc. #91). The notice, dated April 22, 2020, listed plaintiff's new address as Rayvon Rutherford c/o Isom, 26 Hammersley Avenue, Poughkeepsie, NY 12601. (Doc. #91).

      On July 7, 2020, the Court received notice that the Revised Civil Case Discovery Plan and Scheduling Order (Doc. #93), which was mailed to plaintiff on June 24, 2020, was returned

as undeliverable with the following notation: "Not Deliverable As Addressed." Moreover, by letter dated June 23, 2020, defense counsel informed the Court that a notice of deposition mailed to plaintiff on June 1, 2020, was returned as undeliverable with the following notation: "Return to Sender—Attempted—Not Known." (Doc. #92).

As the Court stated in its various Orders of Service (Docs. ##6, 17, 26), it is plaintiff's responsibility to notify the Court in writing if his address changes, and the Court may dismiss the action if plaintiff fails to do so.

The Orders of Service were mailed to plaintiff, as was an "Instructions for Litigants Who Do Not Have Attorneys" pamphlet and blank "Notice of Change of Address" form. (Doc. #7). Like the Orders of Service, the Instructions pamphlet also states it is plaintiff's responsibility to notify the Court in writing if his address changes, and the Court may dismiss the action if plaintiff fails to do so. (See id. at ECF 2).

**Accordingly, by August 10, 2020, plaintiff must update the Court in writing as to his current address. Failure to comply with the Court's Order may result in dismissal of the action for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b).**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at his last known address on the docket.

Dated: July 9, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge